UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| COREY C. ABERNATHY, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 1:18-CV-286-TAV-CHS |
| | ) | |
| WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

The Court is in receipt of a pro se prisoner's petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 [Doc. 1] and a motion for leave to proceed *in forma pauperis* [Doc. 2]. Under the Prisoner Litigation Reform Act of 1995, a prisoner who files a complaint in a district court must tender the full filing fee or he must file (1) an application to proceed *in forma pauperis* without prepayment of fees and (2) a certified copy of his inmate trust account for the previous six-month period. 28 U.S.C. § 1915(a)(2). Petitioner has not paid the $5.00 filing fee, nor has he submitted the proper documents to proceed *in forma pauperis*.

Petitioner shall have thirty (30) days from the date of entry of this order to pay the full filing fee or to submit the necessary documents. The Clerk is **DIRECTED** to send Petitioner an application to proceed *in forma pauperis*. Petitioner is hereby **NOTIFIED** that if he fails to fully comply with this order within the time required, the Court shall presume that Petitioner is not a pauper, shall assess the full amount of fees, and shall order the case dismissed for want of prosecution and/or failure to comply with Court orders.

Also, Petitioner is **ORDERED** to immediately inform the Court and Respondent of any address changes in writing. Pursuant to Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct address to this Court within fourteen days of any change in address may result in the dismissal of this action.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE